# United States District Court
## Southern District of Georgia
### Brunswick Division

```
FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 OCT 26  A 10: 44

CLERK _____
       SO. DIST. OF GA.
```

SHANDICE GREEN, as Parent and Natural  
Guardian of Joseph Wesley Lynn, a minor, et al  \*

\*          CASE NUMBER   CV 201-52

vs  \*
GLYNN COUNTY, GEORGIA

\*

\*

\*

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this ___26___ day of _____October_____, 2006.

_____  
JUDGE, UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF GEORGIA