IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SHANDICE GREEN, as parent and natural guardian of JOSEPH WESLEY LYNN, a minor, and CYNTHIA L. HURD, as Temporary Administratrix and applicant for Letters of Administration of the Estate of Joseph Lynn, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GLYNN COUNTY, GEORGIA; GLYNN COUNTY SHERIFF'S DEPARTMENT; WAYNE BENNETT, Sheriff, in his official capacity; JOHN DOE "1"; JOHN DOE "2"; JOHN DOE "3"; JOHN DOE "4"; JOHN DOE "5"; JOHN DOE "6"; JOHN DOE "7"; and RON CORBETT, in his official capacity as Jail administrator,<br><br>Defendants. | CIVIL ACTION NO.: CV201-52 |

## ORDER

Plaintiffs' unopposed Motion to Substitute Parties is **GRANTED**. The Clerk is authorized and directed to substitute the name of Joseph Wesley Lynn in place of "Shandice Green as Parent and Natural Guardian of Joseph Wesley Lynn, a Minor."

**SO ORDERED**, this 7th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)